## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CATHERINE LOUISE SMITH,

    Plaintiff,

-vs-

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and NATIONAL EDUCATION LOAN NETWORK, INC.

    Defendants.

CASE NO. 8:23-cv-02698

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TRANS UNION LLC

COMES NOW Plaintiff, CATHERINE LOUISE SMITH, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses her causes of action in the Complaint against the Defendant, TRANS UNION LLC, has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this 23rd day of February, 2024.

**/s/Christopher Legg**
Christopher W. Legg, Esq.
Florida Bar No.: 0044460
The Consumer Lawyers PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email: chris@theconsumerlawyers.com
Secondary Email: Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 23rd day of February, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/Christopher Legg**
Christopher W. Legg, Esq.
Florida Bar No.: 0044460
*Attorney for Plaintiff*

2