**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| CATHERINE LOUISE SMITH,<br><br>    Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and NATIONAL EDUCATION LOAN NETWORK, INC.,<br><br>    Defendants. | CASE NO. 8:23-cv-02698-TPB-NHA |

**NOTICE OF SETTLEMENT AS TO DEFENDANT, NATIONAL EDUCATION LOAN NETWORK, INC.,**

COMES NOW Plaintiff, CATHERINE LOUISE SMITH, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, NATIONAL EDUCATION LOAN NETWORK, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 13th day of March, 2024.

**/s/ Christopher W. Legg**
Christopher W. Legg, Esq.
Florida Bar #: 0044460
The Consumer Lawyers, PLLC
412 E. Madison Street, Ste 916
Tampa, Florida 33602
Office: (813) 299-8537
Facsimile: (844) 951-3933
Primary Email:
Chris@theconsumerlaywers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 13th day of March, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Christopher W. Legg**
Christopher W. Legg, Esq.
Florida Bar #: 0044460
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*
