# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CATHERINE LOUIS SMITH,

  Plaintiff,

v.

                              CASE NO.: 8:23-cv-02698-WFJ-NHA

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and NATIONAL EDUCATION LOAN NETWORK, INC.,

  Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO NATIONAL EDUCATION LOAN NETWORK, INC.

COMES NOW Plaintiff, CATHERINE LOUIS SMITH and NATIONAL EDUCATION LOAN NETWORK, INC., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant NATIONAL EDUCATION LOAN NETWORK, INC. with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 6th day of May, 2024.

| | |
|---|---|
| **/s/Christopher Legg**<br>Christopher W. Legg, Esq.<br>Florida Bar #:0044460<br>The Consumer Lawyers, PLLC<br>412 E. Madison St, Ste 916<br>Tampa, FL 33602<br>Office: (813)299-8537<br>Facsimile: (844)951-3933<br>Primary Email:<br>Chris@theconsumerlawyers.com<br>Secondary Email:<br>Lisa@theconsumerlawyers.com<br>Attorney for Plaintiff | /s/*Maria H. Ruiz*<br>Maria H. Ruiz (FL Bar No. 182923)<br>KASOWITZ BENSON TORRES LLP<br>1441 Brickel Avenue, Suite 1420<br>Miami, FL 33131<br>T: (786) 587-1044 F: (305) 675-2601<br>MRuiz@kasowitz.com<br>**Attorney for Defendant**<br>**Experian Information Solutions, Inc.** |

/s/*Naomi M. Berry*
Naomi Berry (Florida Bar No. 69916)
CARLTON FIELDS, P.A.
700 NW 1st Ave., Ste. 1200
Miami, Florida 33136
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
nberry@carltonfields.com

and

Daniel C. Johnson
Florida Bar No. 522880
Carlton Fields, P.A.
200 S. Orange Avenue, Suite 1000
Orlando, FL 32801-3400
Telephone: (407) 849-0300
Facsimile: (407) 648-9099
Email:
djohnson@cartonfields.com

Attorneys for Nelnet

2